**FILED**
JUN 26 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE CASTRO-CARMONA,<br>　aka Jose Carmona-Castro,<br><br>　　　　　Defendant. | Case No. 78-cr-00420-₮ WQH<br><br>JUDGMENT AND ORDER OF<br>DISMISSAL OF INDICTMENT AND<br>RECALL ARREST WARRANT |

　　Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

　　IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice and recall arrest warrant.

　　IT IS SO ORDERED.

　　DATED: 6/21/12.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE
　　　　　　　　　　　　　　　　United States District Judge